## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RITU BHAMBHANI, M.D. and SUDHIR RAO, M.D. *on behalf of themselves and on behalf of all others similarly situated*, | : : : : : | Civil Action No. 1:19-cv-00355-RDB |
| *Plaintiff*, | : : | |
| - v. - | : : | **NOTICE OF MOTION FOR LEAVE TO FILE** |
| INNOVATIVE HEALTH SOLUTIONS, INC., et al., | : : : : | **THIRD AMENDED COMPLAINT** |
| *Defendants*. | : : | |

    PLEASE TAKE NOTICE that Plaintiffs hereby move before an Honorable Judge of the Court, for the entry of an order pursuant to F.R.C.P. Rule 15(a)(2), and L.Civ.R. 103.6 for leave to file a Third Amended Complaint.

    PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs have sought and received the consent of Defendants Innovative Health Solutions, Inc, Ryan Kuhlman, DragonSlayer Strategies, LLC, Joy Long, Innovative Healthcare Solutions, LLC (KY), and Terri Anderson for Plaintiffs to file the proposed Third Amended Complaint attached herein to Plaintiffs' motion. Consent was sought from Ryan Kuhlman as sole member of the dissolved entity Acclivity Medical, LLC however it was not granted. A proposed form of Order is also submitted herewith.

    Respectfully submitted,
    BUTTACI LEARDI & WERNER LLC
    212 Carnegie Center, Suite 202
    Princeton, New Jersey 08540
    (609) 799-5150
    *Attorneys for Plaintiffs*

    By:    */s/ Elizabeth A. Rice*

DATED: November 17, 2020