IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

|  |  |
|---|---|
| RITU BHAMBHANI, M.D. and SUDHIR RAO, M.D. *on behalf of themselves and on behalf of all others similarly situated*,<br><br>*Plaintiff,*<br><br>- v. -<br><br>INNOVATIVE HEALTH SOLUTIONS, INC., et al.,<br><br>*Defendants*. | Civil Action No. 1:19-cv-00355-RDB |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Plaintiffs Dr. Ritu Bhambhani, M.D. and Dr. Sudhir Rao, M.D. (the "Plaintiffs") by their undersigned counsel, respectfully request, and for good cause show, that Plaintiffs be granted leave to file a Third Amended Complaint.

In support of this motion, Plaintiffs state as follows:

1. I am an attorney-at-law, duly licensed to practice in the State of Maryland and before this Court.

2. I am an attorney of the law firm of BUTTACI LEARDI & WERNER LLC, attorneys for Plaintiffs.

3. This Certification is submitted in support of the Plaintiffs' Motion for Leave to File a Third Amended Complaint in the above-captioned case.

4. A true and correct copy of Plaintiffs' proposed Third Amended Complaint is attached hereto as **Exhibit A**.

5. Pursuant to Local Rule 103.6(c), a true and correct copy of the "redline" version

of Plaintiffs' proposed Third Amended Complaint is attached hereto as **Exhibit B**.

6. Under Federal Rules of Civil Procedure Rule 15, Plaintiffs may request leave to file an amended pleading "only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Further, "in the absence of any apparent or declared reason . . . the leave should, as the rules require, be 'freely given.'" *Forman v. Davis*, 371 U.S. 178, 182 (1962). The Court of Appeals for the Fourth Circuit has "interpreted [Rule] 15(a) to provide that 'leave to amend a pleading should be denied only when the amendment would be prejudicial to the opposing party, there has been bad faith on the part of the moving party, or the amendment would have been futile.'" *Laber v. Harvey*, 438 F.3d 404, 426 (4th Cir. 2006) (citing *Johnson v. Oroweat Foods Co.*, 785 F.2d 503, 509 (4th Cir. 1986)).

7. In order to address the factual and legal issues of this case with the proper parties relevant to the matter, Plaintiffs requests this leave to file a Third Amended Complaint in order to substitute an identically named corporate entity with the proper party.

8. There is no prejudice to any party if the requested leave to file a Third Amended Complaint granted because this case is still fairly early in litigation with limited discovery exchanged between Plaintiffs and Defendant Innovative Health Solutions, Inc.; and class discovery is not set to end until July 17, 2021. Further, the proposed amended contains no amendments subject to any parties who are subject to Second Amended Complaint Motion. In fact, substituting Innovative Healthcare Solutions, LLC. of Kentucky and Terri Anderson, for Innovative Healthcare Solutions, LLC of Ohio presents no prejudice to any other party, and benefits the Kentucky entity and Terri Anderson as they will become dismissed from the case.

9. The Plaintiffs have plead sufficient facts to establish the necessary elements of their causes of actions, and therefore the amendments are not futile.

10. Under Local Rule 103.6(d), Plaintiffs have requested consent of the parties who have appeared in the case thus far via their counsel where represented and individually from pro se individuals to file Plaintiffs' proposed Third Amended Complaint.

11. Defendants Innovative Health Solutions, Inc, Ryan Kuhlman, DragonSlayer Strategies, LLC, Joy Long, Innovative Healthcare Solutions, LLC (KY) and Terri Anderson, through counsel where represented and individually where pro se, consent to the Third Amended Complaint.

12. Consent was sought from Ryan Kuhlman as sole member of the dissolved entity Acclivity Medical, LLC[1] however it was not granted.

13. Under this Court's August 10, 2020 Joint Scheduling Order, the deadline for all parties to movie for joinder of additional parties and/or further amend pleadings is November 17, 2020.

14. A proposed Order is submitted with this motion.

15. For all of the foregoing reasons, the Plaintiffs respectfully requests that the Court grant their Motion for Leave to File a Third Amended Complaint.

---

[1] Acclivity Medical, LLC was voluntarily dissolved by Articles of Dissolution on June 15, 2017, in state of Kentucky by Ryan Kuhlman. Under Kentucky law, dissolution does not fully absolve a LLC of all liability where the liability or acts (i.e. the facts underlying this litigation) were "authorized" by the LLC, the liability or acts were "known" or present" at the time of the dissolution, and they were not accounted for during the distributions of winding up process. *See* KRS 275.150 and *Pannell v. Shannon*, 425 S.W.3d 58, 67 (Ky. 2014).

16. I hereby certify that the foregoing statements are true to the best of my knowledge, information, and belief. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

>Respectfully submitted,
>BUTTACI LEARDI & WERNER LLC
>212 Carnegie Center, Suite 202
>Princeton, New Jersey 08540
>(609) 799-5150
>*Attorneys for Plaintiffs*
>
>By:      /s/ Elizabeth A. Rice

DATED: November 17, 2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Leave to File a Third Amended Complaint was served by electronic means through the Court's ECF system and electronic mail on November 17, 2020 on all counsel of record as follows:

>Joel I. Sher, Bar No. 00719
>Paul Mark Sandler, Bar No. 00145
>Eric R. Harlan, Bar No. 23492
>Shapiro Sher Guinot & Sandler
>250 West Pratt Street, Suite 2000
>Baltimore, MD 21201
>(410) 385-4277
>jis@shapirosher.com
>pms@shapirosher.com
>erh@shapirosher.com
>
>Jeffrey R. Teeters (admitted *pro hac vice*)
>Wood + Lamping
>600 Vine Street, Suite 2500
>Cincinnati, OH 45202
>(513) 852-6050
>JRTeeters@woodlamping.com
>
>*Attorneys for Defendant*
>*Innovative Health Solutions, Inc.*
>
>Marshall N. Perkins, Bar No. 25514
>Joseph Mallon, Bar No. 22878
>Mallon, LLC
>Attorneys at Law
>300 E. Lombard Street, Suite 815
>Baltimore, MD 21202
>(410) 727-7887
>mperkins@mallonllc.com
>jmallon@mallonllc.com
>
>*Attorneys for Defendant*
>*Ryan Kuhlman*

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Extend Time was sent by electronic mail on November 17, 2020 to Innovative Healthcare Solutions, LLC (KY), Terri Anderson, DragonSlayer Strategies, LLC, and Joy Long as follows:

Terri Anderson
107 Woodhaven Lane
Seabrook, TX 77586
(502) 791-4088
terri.anderson0614@gmail.com

*Pro Se Defendants*
*Innovative Healthcare Solutions, LLC (KY) and Terri Anderson*

Joy Long
2329 East 500 North
Greenfield, IN 46140
(317) 496-8647
joylong0727@gmail.com

*Pro Se Defendants*
*DragonSlayer Strategies, LLC and Joy Long*

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Extend Time was sent by United States Priority Mail on November 17, 2020 to Acclivity Medical, LLC, as follows:

Acclivity Medical, LLC
456 Glengarry Way
Fort Wright, KY 41011

*Pro Se Defendant*
*Acclivity Medical, LLC*

By:  /s/ Elizabeth A. Rice
　　　Elizabeth A. Rice, Esq.