## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| RITU BHAMBHANI, M.D. and SUDHIR RAO, M.D. *on behalf of themselves and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>- v. -<br><br>INNOVATIVE HEALTH SOLUTIONS, INC., et al.,<br><br>*Defendants*. | Civil Action No. 1:19-cv-00355-RDB<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR A LIMITED EXTENSION OF SCHEDULING ORDER DEADLINES** |

PLEASE TAKE NOTICE that Plaintiffs Ritu Bhambhani, M.D. and Sudhir Rao, M.D. (the "Plaintiffs"), on behalf of themselves and the putative class, hereby move before an Honorable Judge of the Court, for the entry of an order pursuant to Fed. R. Civ. P. 16(b)(4), for good cause shown, for a limited extension of the Discovery Deadline, Submission of Status Reports deadline, and Plaintiffs' Motion for Class Certification filing deadline as set forth in the Court's Joint Scheduling Order (ECF No. 43).

PLEASE TAKE FURTHER NOTICE that in support of this motion, all parties who have appeared and remain in this matter do not oppose this motion. A proposed form of Order is also submitted herewith.

Dated: June 23, 2021         Respectfully submitted,

                                               BUTTACI LEARDI & WERNER LLC

                                               By: /s/ *Elizabeth A. Rice*
                                               John W. Leardi (admitted *pro hac vice*)
                                               Elizabeth A. Rice, Bar No. 20426
                                               Frank X. Wukovits (admitted *pro hac vice*)
                                               212 Carnegie Center, Suite 202
                                               Princeton, NJ 08540

609-799-5150

Ugo Colella, Bar. No. 17443
John J. Zefutie (admitted *pro hac vice*)
COLELLA ZEFUTIE LLC
4200 Wisconsin Avenue NW #106-305
Washington, DC 20016
202-920-0880

Robert A. Gaumont (Bar No. 26302)
GORDON FEINBLATT LLC
233 E. Redwood Street
Baltimore, MD 21202
(410) 576-4007

*Attorneys for Plaintiffs Ritu Bhambhani M.D., Sudhir Rao M.D., and the Putative Class*