IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

|  |  |
|---|---|
| RITU BHAMBHANI, M.D. and SUDHIR RAO, M.D. *on behalf of themselves and on behalf of all others similarly situated*, | Civil Action No. 1:19-cv-00355-RDB |
| *Plaintiffs*, |  |
| - v. - |  |
| INNOVATIVE HEALTH SOLUTIONS, INC., et al., |  |
| *Defendants*. |  |

**ORDER**

THIS MATTER having been brought before the Court for an order pursuant to Fed. R. Civ. P. 16(b)(4) by Plaintiffs' Unopposed Motion for a Limited Extension of Scheduling Order Deadlines; and the Court, having reviewed all papers and having heard all arguments of counsel; and for good cause shown;

IT IS on this 25th day of June, 2021, by the United States District Court, District of Maryland,

ORDERED that Plaintiffs' Unopposed Motion for a Limited Extension of Scheduling Order Deadlines be and hereby is GRANTED; and it is further,

ORDERED that the Discovery Deadline and the date for submission of Status Reports be and hereby is extended from July 17, 2021, to October 22, 2021; and it is further,

ORDERED that Plaintiffs' Motion for Class Certification by and hereby is extended from August 16, 2021, to November 19, 2021.

/s/
Hon. Richard D. Bennett
United States District Judge