# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| RITU BHAMBHANI, M.D. and SUDHIR RAO, M.D. *on behalf of themselves and on behalf of all others similarly situated*, | Civil Action No. 1:19-cv-00355-LKG |
| *Plaintiffs*, | |
| - v. - | **NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR A LIMITED EXTENSION OF SCHEDULING ORDER DEADLINES** |
| INNOVATIVE HEALTH SOLUTIONS, INC., et al., | |
| *Defendants*. | |

PLEASE TAKE NOTICE that Plaintiffs Ritu Bhambhani, M.D. and Sudhir Rao, M.D. (the "Plaintiffs"), on behalf of themselves and the putative class, hereby move before an Honorable Judge of the Court, for the entry of an order pursuant to Fed. R. Civ. P. 16(b)(4), for good cause shown, for a limited extension of the Discovery Deadline, Submission of Status Report, and Plaintiffs' Motion for Class Certification filing deadlines as set forth in the Court's Initial and Revised Joint Scheduling Orders (ECF Nos. 43 and 111).

PLEASE TAKE FURTHER NOTICE that in support of this motion, all parties who have appeared and remain in this matter do not oppose this motion. A proposed form of Order is also submitted herewith.

Dated: October 20, 2021	Respectfully submitted,

BUTTACI LEARDI & WERNER LLC

By: */s/ John W. Leardi*
John W. Leardi (admitted *pro hac vice*)
Frank X. Wukovits (admitted *pro hac vice*)
212 Carnegie Center, Suite 202
Princeton, NJ 08540
609-799-5150

Ugo Colella, Bar. No. 17443
John J. Zefutie (admitted *pro hac vice*)
COLELLA ZEFUTIE LLC
4200 Wisconsin Avenue NW #106-305
Washington, DC 20016
202-920-0880

Robert A. Gaumont (Bar No. 26302)
GORDON FEINBLATT LLC
233 E. Redwood Street
Baltimore, MD 21202
(410) 576-4007

*Attorneys for Plaintiffs Ritu Bhambhani M.D., Sudhir Rao M.D., and the Putative Class*

2