**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| RITU BHAMBHANI, M.D., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 19-00355-LKG |
| v. | ) | |
| | ) | Dated: October 25, 2021 |
| INNOVATIVE HEALTH SOLUTIONS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

On October 20, 2021, plaintiffs filed an unopposed motion to extend the discovery deadlines as set forth in the Court's Scheduling Order, dated June 25, 2021.  ECF No. 120.  In their motion, plaintiffs state that the requested modifications to the schedule are necessary because of delays the parties have incurred in scheduling depositions, awaiting responsive pleadings, and accommodating for the replacement of one of plaintiffs' counsel.  *See id.* at 3.

In light of the foregoing, and for good cause shown, the Court hereby **GRANTS** the plaintiffs' motion and **MODIFIES** the Scheduling Order, dated June 25, 2021, as follows:

| | |
|---|---|
| Discovery deadline; submission of joint status report | **December 21, 2021** |
| Plaintiffs' motion for class certification | **January 18, 2022** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge