# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RITU BHAMBHANI, M.D., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> INNOVATIVE HEALTH SOLUTIONS, ) <br> INC., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 19-00355-LKG <br><br> Dated:  December 20, 2021 |

## SCHEDULING ORDER

On December 17, 2021, plaintiffs filed an unopposed motion to extend the discovery deadlines as set forth in the Court's Scheduling Order, dated October 25, 2021.  ECF No. 122. Plaintiffs state that additional time is needed for the parties to resolve various ongoing discovery disputes before the close of discovery.  *See id.* at 3-4.

In light of the foregoing, and for good cause shown, the Court **GRANTS** plaintiffs' motion and **MODIFIES** the Scheduling Order, dated October 25, 2021, as follows:

| | |
|---|---|
| Discovery deadline; submission of joint status report | **February 19, 2022** |
| Plaintiffs' motion for class certification | **March 19, 2022** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
United States District Judge