# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| Ritu Bhambhani, M.D., et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: 19-cv-00355-LKG |
| Innovative Health Solutions, Inc., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR HEARING

Defendant Innovative Health Solutions, Inc., by undersigned counsel and pursuant to Local Rule 105.6, respectfully requests a hearing on its Motion for Summary Judgment.

Respectfully submitted,

Dated: February 11, 2022

*/s/ Eric R. Harlan*
Joel I. Sher, Bar No. 00719
jis@shapirosher.com
Paul Mark Sandler, Bar No. 00145
pms@shapirosher.com
Eric R. Harlan, Bar No. 23492
erh@shapirosher.com
SHAPIRO SHER GUINOT & SANDLER, P.A.
250 West Pratt Street, Suite 2000
Baltimore, Maryland 21201
(410) 385-0202 (telephone)
(410) 539-7611 (facsimile)

Jeffrey R. Teeters (admitted *pro hac vice*)
jrteeters@woodlamping.com
WOOD + LAMPING LLP
600 Vine Street, Suite 2500
Cincinnati, Ohio 45202
(513) 852-6050 (telephone)
(513) 419-6450 (facsimile)

*Attorneys for Defendant*
*Innovative Health Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of February, 2022, I electronically filed the foregoing Request for Hearing with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants. I further certify that a true and correct copy of these documents was sent via electronic mail to the non-CM/ECF participants listed below:

<u>*Via Electronic Mail*</u>
INNOVATIVE HEALTH CARE SOLUTIONS, LLC
3011 Long Creek Way
Louisville, Kentucky 40245
*Pro Se*
c/o Robin Campbell
rrc123@bellsouth.net

<u>*Via Electronic Mail*</u>
Joy Long
2329 East 500 North
Greenfield, Indiana 46140
Joylong0727@gmail.com
*Pro Se*

<u>/s/ Eric R. Harlan</u>
Eric R. Harlan, Bar No. 23492