IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| RITU BHAMBHANI, M.D. and SUDHIR RAO, M.D., *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> INNOVATIVE HEALTH SOLUTIONS, INC., *et al.*, <br><br> Defendants. | Case No. 1:19-cv-00355-LKG |

## MOTION FOR SUMMARY JUDGMENT BY DEFENDANT ACCLIVITY MEDICAL, LLC AND DEFENDANT RYAN KUHLMAN

Defendant Acclivity Medical, LLC ("Acclivity") and Defendant Ryan Kuhlman ("Kuhlman"), by and through undersigned counsel, hereby file this Motion For Summary Judgment (*see* FRCP 56), as follows:

1. Defendant Acclivity and Defendant Kuhlman file this Motion For Summary Judgment on the same grounds and bases as those stated by Defendant Innovative Health Solutions, Inc. ("IHS") in IHS's February 11 summary judgment papers.

2. On February 11, 2022, Defendant IHS filed with this Court its Defendant Innovative Health Solutions, Inc.'s Motion For Summary Judgment (ECF No. 125) including its Memorandum In Support Of Defendant Innovative Health Solutions, Inc.'s Motion For Summary Judgment (ECF No. 125-1) and other concurrently-filed papers including Exhibits (*see* ECF No. 125-2, et al.) (collectively, all, the "IHS Summary Judgment Papers").

3. Defendant Acclivity and Defendant Kuhlman adopt the IHS Summary Judgment Papers as if set forth fully herein.

1

WHEREFORE, Defendant Acclivity and Defendant Kuhlman request that this honorable U.S. District Court grant their motion for summary judgment, enter summary judgment in favor of each and against the two named Plaintiffs, and grant these Defendants such other and further relief as the nature of their cause requires.  A proposed Order is submitted herewith.

Respectfully submitted,

**M**ALLON **LLC,**

      */s/ Marshall N. Perkins*
Joseph T. Mallon, Jr. (Fed. Bar No. 22878)
Marshall N. Perkins (Fed. Bar No. 25514)
Suite 815
300 East Lombard Street
Baltimore, Maryland 21202
(410) 727-7887
Fax:  (410) 727-4770
jmallon@mallonllc.com
mperkins@mallonllc.com

*Attorneys for Defendants Ryan Kuhlman and Acclivity Medical, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of February, 2022, a copy of the foregoing Motion For Summary Judgment and proposed Order were served by electronic means through the Court's ECF system on counsel of record as follows:

>John W. Leardi, Esquire
>Paul D. Werner, Esquire
>Nicole P. Allocca, Esquire
>Buttaci Leardi & Werner LLC
>212 Carnegie Center, Suite 202
>Princeton, New Jersey  08540
>*Counsel for Plaintiffs*
>
>Ugo Colella, Esquire
>John J. Zefutie, Jr., Esquire
>Colella Zefutie LLC
>116 Village Blvd., Suite 200
>Princeton, NJ  08540
>*Counsel for Plaintiffs*
>
>Robert A. Gaumont, Esquire
>Gordon Feinblatt LLC
>1001 Fleet Street, Suite 700
>Baltimore, Maryland  21202
>*Counsel for Plaintiffs*
>
>Joel I. Sher, Esquire
>Paul Mark Sandler, Esquire
>Eric R. Harlan, Esquire
>Shapiro Sher Guinot & Sandler
>250 West Pratt Street, Suite 2000
>Baltimore, MD  21201
>*Attorneys for Defendant*
>*Innovative Health Solutions, Inc.*
>
>Jeffery R. Teeters, Esquire
>(admitted *pro hac vice*)
>Wood + Lamping
>600 Vine Street, Suite 2500
>Cincinnati, OH  45202
>*Attorneys for Defendant*
>*Innovative Health Solutions, Inc.*

I FURTHER CERTIFY that on the same date, a copy of the foregoing was served by electronic means to Innovative Healthcare Solutions, LLC (KY), Terri Anderson, DragonSlayer Strategies LLC, Joy Long, Innovative Health Care Solutions, LLC, and/or Robin Campbell as follows:

>Terri Anderson
>107 Woodhaven Lane
>Seabrook, TX 77586
>(502) 791-4088
>Terri.anderson0614@gmail.com
>*Pro Se Defendants Innovative Healthcare*
>*Solutions, LLC (KY) and Terri Anderson*
>
>Joy Long
>2329 East 500 North
>Greenfield, IN 46140
>(317) 496-8647
>Joylong0727@gmail.com
>*Pro Se Defendants DragonSlayer*
>*Strategies, LLC and Joy Long*
>
>Robin Campbell
>3011 Long Creek Way
>Louisville, KY  40245
>rrc123@bellsouth.net
>
>*Pro Se, for Innovative Health Care*
>*Solutions, LLC*

                                          */s/ Marshall N. Perkins*
                                          Marshall N. Perkins