IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| RITU BHAMBHANI, M.D. and SUDHIR RAO, M.D., *on behalf of themselves and all others similarly situated*, <br><br> *Plaintiffs*, <br><br> - v. - <br><br> INNOVATIVE HEALTH SOLUTIONS, INC., et al., <br><br> *Defendants*. | Civil Action No. 1:19-cv-00355-LKG <br><br><br><br><br> *[Filed via ECF]* |

NOTICE OF CROSS MOTION FOR LEAVE TO FILE
A FOURTH AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiffs hereby move before the Honorable Lydia Kay Griggsby, U.S.D.J., for the entry of an order pursuant to F.R.C.P. Rule 15(a)(2), and L. Civ. R. 103.6 for leave to file a Fourth Amended Complaint.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs will rely upon the accompanying Plaintiffs' Consolidated Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and in Support of Motion for Leave to File a Fourth Amended Complaint, as well as the accompanying Declaration of John W. Leardi ("Leardi Decl.") and certain exhibits annexed thereto.

PLEASE TAKE FURTHER NOTICE that pursuant to L. Civ. R. 105.1, Plaintiff submits herewith a Proposed Order.

PLEASE TAKE FURTHER NOTICE that pursuant to L. Civ. R. 103.6(d), Plaintiff requested consent of all parties to have appeared in this matter, which consent was refused.

PLEASE TAKE FURTHER NOTICE that pursuant to L. Civ. R. 103.6(c), a clean copy of

the proposed Fourth Amended Complaint is annexed to Leardi Decl. as Ex. 4 and a redline markup of the proposed Fourth Amended Complaint is annexed to Leardi Decl. as Ex. 5.

Dated: February 25, 2022

Respectfully submitted,

BUTTACI LEARDI & WERNER LLC

By: /s/ *John W. Leardi*
John W. Leardi (admitted *pro hac vice*)
Paul D. Werner (admitted *pro hac vice*)
Nicole P. Allocca (admitted *pro hac vice*)
212 Carnegie Center, Suite 202
Princeton, NJ 08540
609-799-5150

Ugo Colella, Bar. No. 17443
John J. Zefutie (admitted *pro hac vice*)
COLELLA ZEFUTIE LLC
4200 Wisconsin Avenue NW #106-305
Washington, DC 20016
202-920-0880

Robert A. Gaumont (Bar No. 26302)
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202
(410) 576-4007

*Attorneys for Plaintiffs Ritu Bhambhani, M.D., Sudhir Rao, M.D., and the Putative Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this the 25th day of February 2022, I electronically filed the foregoing Cross Motion for Leave to File a Fourth Amended Complaint, including Plaintiffs' Consolidated Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and in Support of Motion for Leave to File a Fourth Amended Complaint, as well as the accompanying Declaration of John W. Leardi and the exhibits annexed thereto, with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.

I further certify that a true and correct copy of these documents were sent via electronic mail to the parties below:

>Eric R. Harlan, Bar No. 23492
>SHAPIRO SHER GUINOT & SANDLER
>250 West Pratt Street, Suite 2000
>Baltimore, MD 21201
>(410) 385-4277
>erh@shapirosher.com
>
>Jeffrey R. Teeters (admitted *pro hac vice*)
>WOOD + LAMPING
>600 Vine Street, Suite 2500
>Cincinnati, OH 45202
>(513) 852-6050
>JRTeeters@woodlamping.com
>
>*Attorneys for Defendant*
>*Innovative Health Solutions, Inc.*
>
>Marshall N. Perkins, Bar No. 25514
>MALLON, LLC
>Attorneys at Law
>300 E. Lombard Street, Suite 815
>Baltimore, MD 21202
>(410) 727-7887
>mperkins@mallonllc.com
>
>*Attorneys for Defendants*
>*Ryan Kuhlman & Acclivity Medical LLC*

Joy Long
2329 East 500 North
Greenfield, IN 46140
joylong0727@gmail.com

*Pro Se Defendants*
*DragonSlayer Strategies, LLC and Joy Long*

                                          /s/ *John W. Leardi*
                                           John W. Leardi