## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| RITU BHAMBHANI, M.D. and SUDHIR RAO, M.D., *on behalf of themselves and all others similarly situated*, | : : : : : |
| *Plaintiffs*, | : : |
| - v. - | : : |
| INNOVATIVE HEALTH SOLUTIONS, INC., et al., | : : : |
| *Defendants*. | : : |

Civil Action No. 1:19-cv-00355-LKG

*[Filed via ECF]*

### DECLARATION OF JOHN W. LEARDI

I, JOHN W. LEARDI, of legal age and sound mind, do hereby declare:

1. I am an attorney with the law firm of BUTTACI LEARDI & WERNER, LLC, attorneys for Plaintiffs Ritu Bhambhani, M.D., Sudhir Rao, M.D., and the Putative Class in the above-referenced matter.

2. Attached hereto as Ex. 1 is a true and correct copy of relevant excerpts from Ritu Bhambhani, M.D.'s Deposition, dated October 25, 2021.

3. Attached hereto as Ex. 2 is a true a correct copy of relevant excerpts from Sudhir Rao, M.D.'s Deposition, dated July 12, 2021.

4. Attached hereto as Ex. 3 is a true and correct copy of Michael D. Miscoe's expert report, dated March 15, 2021.

5. Attached hereto as Ex. 4 is a true and correct clean copy of Plaintiffs' proposed Fourth Amended Complaint.

6. Attached hereto as Ex. 5 is a true and correct redlined copy of Plaintiffs' proposed

Fourth Amended Complaint pursuant to Loc. Civ. R. 103.6(a).

7. Attached hereto as Ex. 6 is a true and correct copy of Ritu Bhambhani, M.D.'s Supplemental Answers and Objections to IHS's First Set of Interrogatories, dated April 21, 2021.

8. Attached hereto as Ex. 7 is a true and correct copy of Sudhir Rao, M.D.'s Supplemental Answers and Objections to IHS's First Set of Interrogatories, dated April 23, 2021.

9. Attached hereto as Ex. 8 is a true and correct copy of the Stipulation Regarding Search Terms for Ritu Bhambhani, M.D.'s accounts and devices, dated December 21, 2020.

10. Attached hereto as Ex. 9 is a true and correct copy of the Stipulation Regarding Search Terms for Sudhir Rao, M.D.'s accounts and devices, dated December 21, 2020.

11. Attached hereto as Ex. 10 is a true and correct copy of correspondence from Eric R. Harlan, of SHAPIRO SHER, Counsel to Defendant Innovative Health Solutions, Inc., to me, Re: dated June 17, 2021.

12. I hereby certify that the foregoing statements are true to the best of my knowledge, information, and belief. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.


Dated: February 25, 2022                    Respectfully submitted,

                                            By: /s/ *John W. Leardi*