# Leardi Decl. Exhibit 1

1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF MARYLAND

3                     Northern Division

4   RITU BHAMBHANI, M.D., et al.

5              Plaintiffs

6      vs.                              No. 19-CV-00355-RDB

7   INNOVATIVE HEALTH SOLUTIONS,

8   INC., et al.

9              Defendant

10   _____/

11

12       Zoom Deposition of RITU BHAMBHANI, M.D.

13                  Baltimore, Maryland

14              Tuesday, October 25, 2021

15                      9:06 a.m.

16

17

18

19   Job No.:   64372

20   Pages:   1 - 316

21   Reported by:   Susan Farrell Smith

1  of practice is doing things like spine injections

2  for different conditions.

3      Q.    When did you begin your private practice?

4      A.    In 2008.

5      Q.    All right. Can you tell me what Ritu

6  Bhambhani, LLC is?

7      A.    That is the legal name for the private

8  practice, for the pain management practice.

9      Q.    Okay. And when I looked it up, it looked

10 like you formed in September of 2006. Does that

11 sound accurate?

12     A.    Yes.

13     Q.    Okay. So, you -- you started your

14 private practice, I'm sorry, in 2006 or 2008?

15     A.    I started the practice, actually seeing

16 patients in the practice in 2008.

17     Q.    Okay. But you formed the LLC in 2006?

18     A.    Correct.

19     Q.    Okay. Are you the sole member of that

20 LLC?

21     A.    I am.

Deposition of Ritu Bhambhani, M.D.   Ritu Bhambhani, M.D. vs. Innovative Health Solutions, Inc., et al.

Case 1:19-cv-00355-LKG   Document 132-3   Filed 02/25/22   Page 4 of 9

1    A.    So, I -- I know we started doing
2 procedures in December of 2008, January of 2009.  It
3 might have been formed either in 2008 or maybe a
4 little earlier than that.
5    Q.    If I were to represent to you it was
6 formed in March of 2008 according to the -- the
7 computers at the Maryland Department of Assessments
8 and Taxation, would you have any reason to disagree?
9    A.    I would not.
10   Q.    And are you the sole member of Box Hill
11 Surgery Center, LLC?
12   A.    I am.
13   Q.    And have you been the sole member since
14 its inception?
15   A.    I have.
16   Q.    And Box Hill Surgery Center, does that
17 remain active today?
18   A.    It does.
19   Q.    Can you describe the purpose of the
20 business of why you formed Ritu Bhambhani, LLC and
21 Box Hill Surgery Center, LLC and kind of how they

Office (410) 821-4888
CRC Salomon, Inc.
2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com
Facsimile (410) 821-4889
Page: 20

1　　　　Q.　　Okay.  But is it correct that in the

2　context of Medicare overpayment demands and the

3　appeals process, et cetera, it was just Box Hill,

4　LLC and Ritu Bhambhani, LLC that were involved with

5　overpayment demands and appeals?

6　　　　A.　　Versus?

7　　　　Q.　　Versus you individually.

8　　　　**A.　　Well, their overpayment -- I'm trying to**

9　**remember.  If it's their letters that very nicely**

10　**remind me of what the CMS HIPAA form says on the**

11　**back of it, that I'm individually responsible.  But**

12　**they are addressed, if you're asking, to Ritu**

13　**Bhambhani, LLC and Box Hill Surgery Center, LLC.**

14　　　　Q.　　What can you tell me about -- or what is

15　your understanding of the status of your appeals or

16　your entities' appeals to Medicare with respect to

17　the NSS overpayments?

18　　　　**A.　　My understanding is we are waiting for a**

19　**hearing in front of sort of the next level of appeal**

20　**where we are.  And I think that's been the case for**

21　**the last -- again, John knows best, for the last**

Deposition of Ritu Bhambhani, M.D.    Ritu Bhambhani, M.D. vs. Innovative Health Solutions, Inc., et al.

Case 1:19-cv-00355-LKG   Document 132-3   Filed 02/25/22   Page 6 of 9

1  more than a year. COVID messes up my timeline a

2  little, but probably two years.

3         That's the ALJ hearing that -- that we're

4  waiting for. And sort of parallel to that, I have

5  just partly directly myself trying to talk to

6  Novitas or Medicare in trying to - I'll use a

7  layman's term because I don't know the legal terms

8  properly - to try to resolve this with Medicare

9  because they have ongoing recoupment.

10        They did complete recoupment for Ritu

11 Bhambhani, LLC. So, there's no ongoing recoupment

12 obviously over there. So, there we are just in the

13 appeal process.

14        For Box Hill Surgery, there's ongoing --

15 (audio signal garbled.)

16        THE REPORTER: Doctor, you need to repeat

17    that.

18    A.   On Box Hill Surgery Center, we have

19 ongoing recoupments going on. So, I tried to reach

20 out to Medicare to see if we can come to a

21 resolution for it. And it is not easy to get hold

1  of them.

2  Q.    When was the last time you reached out to

3  Medicare in terms of trying to reach a settlement

4  with it regarding either recoupments or settling the

5  whole dispute?

6  A.    So, John --

7       MR. LEARDI:  If I could, just -- I'm not

8       going to state an objection.  I just want to

9       remind you, Dr. Bhambhani, to be mindful of not

10      disclosing any of our conversations or any of

11      your instructions to me or my firm with respect

12      to any interactions with Medicare.  Limit your

13      answer, please, to just your direct

14      interactions with Medicare.

15 A.    So, my direct interaction last was

16 probably in 2020.  I would have to double-check, but

17 I -- I think that would be the last time.

18 Q.    Dr. Bhambhani, if you could -- do you

19 have your exhibits available?

20 A.    I can hold them up.  Give me one moment.

21 I'm sorry, I'm going to be on another screen.  So,

Office (410) 821-4888
CRC Salomon, Inc.
2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com
Facsimile (410) 821-4889
Page: 49

1    Q.    And that is your signature on the offer

2  of compromise?

3    A.    It is.

4    Q.    And you stated that the -- through

5  Paragraph 17, that the statements in the offer of

6  compromise are true to the best of your knowledge?

7    A.    Yes.

8    Q.    Okay.  As you sit here today, do you have

9  any reason to make any changes to anything in the

10 offer of compromise or is anything inaccurate?

11   A.    Not that I know of.  And I -- again, I've

12 already explained there are some things I just

13 didn't understand from the get-go and still am not

14 quite 100 percent on.  But nothing that I would say

15 over here that I know differently about right now.

16   Q.    Okay.  And 2020, you believe, was the

17 last time you tried to make an offer personally with

18 Medicare to settle this?

19   A.    That's the best I remember, yes.

20   Q.    Okay.  I'd like to turn your attention to

21 Exhibit 58.

**Office (410) 821-4888**  
**CRC Salomon, Inc.**  
2201 Old Court Road, Baltimore, MD 21208  
www.crcsalomon.com - info@crcsalomon.com  
**Facsimile (410) 821-4889**  
**Page: 57**

1  experienced with the PNS?

2  **A.    I mean, there were other people at John's**

3  **firm, but no one outside of his group.**

4  Q.    And you've authorized Mr. Leardi's law

5  firm to speak on your behalf and on behalf of Ritu

6  Bhambhani, LLC and Box Hill Surgery Center, LLC with

7  regard to the Medicare issues, the overpayment

8  demands and the appeal process regarding PNS

9  payments; correct?

10  **A.    I have.**

11  Q.    I'll ask you to turn to Exhibit 30.

12  **A.    (Complies.)  I have it.**

13  Q.    Okay.  And do you -- for the record,

14  Exhibit 30 is Bates labeled PLFS-2112 to 2113.  And

15  it's a December 19, 2016 letter to Novitas from

16  Mr. Leardi.  Do you -- do you see that?

17  **A.    I do.**

18  Q.    And do you understand this letter to be

19  written on behalf of Box Hill Surgery Center with

20  respect to an overpayment demand?

21  **A.    Yes.**

**Office (410) 821-4888**
**CRC Salomon, Inc.**
2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com
**Facsimile (410) 821-4889**
**Page: 125**