# Leardi Decl. Exhibit 2

Deposition of Sudhir Rao, M.D.                                    Ritu Bhambhani, M.D., et al. v. Innovative Health Solutions, et al.

Case 1:19-cv-00355-LKG   Document 132-4   Filed 02/25/22   Page 2 of 4

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF MARYLAND

 3                     (Northern Division)

 4

 5   RITU BHAMBHANI, M.D., et al.

 6              Plaintiffs

 7   v.                                CASE NO.:

 8   INNOVATIVE HEALTH SOLUTIONS,      19-cv-00355-RDB

 9   INC., et al.

10              Defendants

11   _____/

12

13

14            The Deposition of SUDHIR RAO, M.D. was held

15   on Monday, July 12, 2021, commencing at 9:09 a.m., via

16   Video Conference, before Kaleigh Irish, Reporter,

17   Notary Public.

18

19

20

21   REPORTED BY:  Kaleigh Irish, Reporter
```

```
 1      A      That's correct.

 2      Q      Is there only one owner of SimCare?

 3      A      There is.

 4      Q      Who is that owner?

 5      A      Me.

 6      Q      Do you have any understanding if SimCare

 7   were not able to pay this -- recoup this money to

 8   Medicare, if anyone would be personally liable?

 9      A      I would be.

10      Q      Is it your understanding that you would

11   be personally liable for this?

12      A      Yes.

13      Q      And how much would you be personally

14   liable for, to the best of your understanding?

15      A      Around $340,000.

16             EXAMINATION BY MR. TEETERS:

17      Q      I have a followup topic, if I could,

18   please.  Why is it you believe you may be personally

19   liable?

20      A      Who is asking the question?

21      Q      I'm sorry, Jeff Teeters again.
```

**Office (410) 821-4888**  
**CRC Salomon, Inc.**  
**2201 Old Court Road, Baltimore, MD 21208**  
www.crcsalomon.com - info@crcsalomon.com  
**Facsimile (410) 821-4889**  
**Page: 175**

1  **A  My understanding is if -- as the owner of**

2  **SimCare, I am responsible for -- personally**

3  **responsible for paying back Medicare.**

4  Q  What's the basis for that belief?

5  MR. GAUMONT:  Objection; form, calls for

6  a legal conclusion.  You can answer if you know.

7  **A  That's what I believe.**

8  Q  Just kind of appeared out of nowhere; you

9  just happen to believe it?  No one's ever talked to

10  you about it, never read anything about it, just

11  happen to believe it?

12  MR. GAUMONT:  Objection to form;

13  compound.

14  **A  You have my answer.**

15  Q  Okay.  Nothing further.

16  (Deposition concluded at 1:23 p.m.)

17

18

19

20

21

Office (410) 821-4888
CRC Salomon, Inc.
2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com
Facsimile (410) 821-4889
Page: 176