# Leardi Decl. Exhibit 8

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| RITU BHAMBHANI, M.D. and SUDHIR RAO, M.D. *on behalf of themselves and on behalf of all others similarly situated*, | : : : : | Civil Action No. 1:19-cv-00355-RDB |
| *Plaintiff*, | : : | |
| - v. - | : : | **STIPULATION REGARDING SEARCH TERMS** |
| INNOVATIVE HEALTH SOLUTIONS, INC., et al., | : : : | |
| *Defendants*. | : : | |

      **IT IS HEREBY STIPULATED AND AGREED** by and between BUTTACI, LEARDI & WERNER LLC, by Elizabeth A. Rice, Esq., Attorneys for Plaintiffs; and SHAPIRO SHER GUINOT & SANDLER, and WOOD + LAMPING by Jeffery R. Teeters, Esq., Attorneys for Innovative Health Solutions, Inc., that the Parties hereby stipulate that the following search terms, which shall not be tense-specific, will be applied to email accounts (1) rtb.practice@gmail.com; (2) rt.bhambhani@gmail.com; (3) the iPhone maintained by Plaintiff Dr. Ritu Bhambhani; and (4) subsequently identified additional email addresses and/or custodians dated between 1/1/2011 - Present:

1. @i-h-s.com

2. @pstimus.com

3. @ihcsnation.com

4. IHCSKB@gmail.com

5. @acclivitymedical.com

6. @colemanmedicalcoding.com

- 1 -

7. @dragonslayerstrategies.com

8. "Innovative Health Solutions" or "(812) 609-4183" or "8126094183" or "IHS"

9. "Innovative Healthcare Solutions" or "Innovative Health Care Solutions" or "IHCS'

10. "Acclivity Medical" or "Acclivity" or "(513) 415-9977" or "5134159977"

11. "DragonSlayer Strategies" or "DragonSlayer" or "Dragon" or "(317) 496-8647" or "3174968647"

12. "Coleman Certified Medical Billing & Consultant" or "Coleman Certified"

13. "Tomahawk Medical" or "Tomahawk"

14. "Dixon Medical Distributors" or "Dixon Medical" or "Dixon"

15. "Neuro-Stim System" or "Neuro-Stim" or "NeuroStim"

16. "NSS"

17. "electro auricular" or "electroauricular"

18. "EAD" or "E.A.D."

19. "Neurostimulator"

20. "P-STIM"

21. "Ryan Kuhlman" or "Kuhlman" or "(513) 415-9977" or "5134159977"

22. "Joy Long" or "(317) 496-8647" or "3174968647"

23. "Robin Campbell" or "Campbell"

24. "Troy Guinn" or "Guinn"

25. "Kimberly Coleman" or "Coleman"

26. "Brian Carrico" or "Carrico" or "(317) 409-7617" or "3174097617"

27. "Angie Evans" or "Evans"

28. "Gary Peterson" or "Peterson"

29. "Rachael Wright" or "Wright"

30. "Christopher Brown"

31. "Terri Anderson" or "Anderson"

32. "Robert Smith" or "Robert A. Smith" or "Bobby Smith" or "Bobby A. Smith" or "Robert A Smith" or "(410) 977-8777" or "4109778777" or "410-564-4772" or "4105644772"

33. "Kristen Brannon" or "Brannon" or "(502) 561-0963" or "5025610963" or "(502) 303-0919" or "5023030919" or "800-884-9650" or "8008849650"

34. "Matthew Miller" or "Miller" or "(412) 401-8565" or "4124018565"

35. "matthewmiller1025"

36. "AllianceMed" or "Alliance Medical"

37. "Mark Powell" or "Powell"

38. "Tammy Long"

39. "CPT 64555" or "CPT code 64555" or "64555"

40. "CPT 64553" or "CPT code 64553" or "64553"

41. "S8930"

42. "FDA 510(k) Clearance Letter K140530" or "K140530"

43. "AMA Advisor"

44. "Local Coverage Article" or "LCA" or "A55240"

45. "Local Coverage Determination" or "LCD"

46. "Full Service Program"

47. "Direct Purchase Program"

48. "Novitas"

49. "SafeGuard Services" or "SafeGuard"

50. "Acupuncture"

51. "Precertification" or "pre-certification" or "pre-cert" or "precert"

52. "Michael J. King" or "Michael King" or "King"

Date:  December 21, 2020                    Date:   December 21, 2020


**BUTTACI, LEARDI & WERNER LLC**          **WOOD + LAMPING**
*Attorneys for Plaintiffs*                *Attorneys for Defendant Innovative Health*
                                          *Solutions, Inc.*


By: _/s/ Elizabeth A. Rice_____      By: _/s/ Jeffery R. Teeters_____
Elizabeth A. Rice, Esq.                   Jeffery R. Teeters, Esq.
An Attorney of the Firm                   An Attorney of the Firm