# Leardi Decl. Exhibit 10



**Eric R. Harlan**
Direct - 410.385.4218
erh@shapirosher.com

250 West Pratt Street
Suite 2000
Baltimore, Maryland
21201

P 410.385.0202
F 410.539.7611

shapirosher.com

June 17, 2021

*Via Email – jwleardi@buttacilaw.com*

John W. Leardi, Esquire
BUTTACI LEARDI & WERNER LLC
212 Carnegie Center, Suite 202
Princeton, New Jersey 08540

      Re:  *Ritu Bhambhani, M.D., et al v. Innovative Health Solutions, Inc., et al.*
           Case No.: 19-cv-00355-RDB
           United States District Court for the District of Maryland
           Subpoena and 30(b)(6) Notices of Deposition

Dear John

    Thank you for agreeing, on our call today, to accept service of Innovative Health Solutions, Inc.'s Subpoenas and 30(b)(6) Deposition Notices for various entities owned by the Plaintiffs in the above matter. Accordingly, we are enclosing Subpoenas and Notices for the following deponents on the following dates:

1. Pain and Spine Specialists of Maryland LLC; Thursday, July 15, 2021 @ 9:00 a.m.;
2. SimCare ASC LLC; Thursday, July 15, 2021 @ 11:00 a.m.;
3. Gemini ASC Elkridge, LLC; Thursday, July 15, 2021 @ 1:00 p.m.;
4. Gemini ASC Mount Airy, LLC; Thursday, July 15, 2021 @ 3:00 p.m.;
3. Box Hill Surgery Center, LLC; Friday, July 16, 2021 @ 9:00 a.m.; and
4. Ritu Bhambhani, LLC; Friday, July 16, 2021 @ 1:00 p.m.

    As discussed on the call, we have chosen arbitrary dates as place holders and the parties, third party deponents, and counsel will cooperate in agreeing on mutually acceptable alternative dates for the 30(b)(6) deposition as needed. We are also confirming that you have agreed to waive IHS's tendering of the appearance fee under Rule 45 for each deponent. Please contact me or Jeff Teeters with any questions.

                                      Very truly yours,
                                      */s/ Eric R. Harlan*
                                      Eric R. Harlan

ERH/mgh
*Enclosures*



John W. Leardi, Esquire
BUTTACI LEARDI & WERNER LLC
June 17, 2021
Page 2

cc:	John W. Leardi, Esquire - *(Via Email, w/enclosures)*
	Frank X. Wukovits, Esquire – *(Via Email, w/enclosures)*
	Nicole P. Alloca, Esquire - *(Via Email, w/enclosures)*
	Elizabeth A. Rice, Esquire - *(Via Email, w/enclosures)*
	Paul D. Werner, Esquire - *(Via Email, w/enclosures)*
	Ugo Colella, Esquire - *(Via Email, w/enclosures)*
	John J. Zefutie, Jr., Esquire - *(Via Email, w/enclosures)*
	Robert A. Gaumont, Esquire - *(Via Email, w/enclosures)*
	Joseph T. Mallon, Jr., Esquire - *(Via Email, w/enclosures)*
	Marshall N. Perkins, Esquire - *(Via Email, w/enclosures)*
	Joy Long, Esquire - *(Via Email, w/enclosures)*
	Innovative Health Care Solutions, LLC – *(Via U.S. First-Class Mail, w/enclosures)*
	DragonSlayer Strategies LLC - *(Via U.S. First-Class Mail, w/enclosures)*
	Coleman Certified Medical Billing & Consultant, LLC –
	   *(Via U.S. First-Class Mail, w/enclosures)*