IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RITU BHAMBHANI, M.D. and SUDHIR RAO, M.D., *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> INNOVATIVE HEALTH SOLUTIONS, INC., *et al.*, <br><br> Defendants. | Case No. 1:19-cv-00355-LKG |

**DEFENDANTS' REPLY –
MOTION FOR SUMMARY JUDGMENT BY DEFENDANT ACCLIVITY
MEDICAL, LLC AND DEFENDANT RYAN KUHLMAN**

Defendant Acclivity Medical, LLC ("Acclivity") and Defendant Ryan Kuhlman ("Kuhlman"), by and through undersigned counsel, hereby file this Reply, in support of their previously-filed Motion For Summary Judgment (*see* FRCP 56), as follows:

1.   On February 17, 2022, Defendants Acclivity and Kuhlman (collectively, "Filing Defendants") filed their Motion For Summary Judgment By Defendant Acclivity Medical, LLC And Defendant Ryan Kuhlman.  *See* ECF No. 131.

2.   On February 25, 2022, Plaintiffs filed their Plaintiffs' Consolidated Memorandum Of Law In Opposition To Defendants' Motion For Summary Judgment And In Support Of Cross Motion For Leave To File A Fourth Amended Complaint (*see* ECF No. 132-1), with concurrently-filed papers.[1]

---

[1] Plaintiffs' Consolidated Memorandum was filed concurrently with their Notice Of Cross-Motion For Leave To File A Fourth Amended Complaint.  *See* ECF No. 132.

1

3. On March 18, 2022, Defendant Innovative Health Solutions, Inc. filed with this Court its Defendant Innovative Health Solutions, Inc.'s Reply In Support Of Its Motion For Summary Judgment.  *See* ECF No. 134.

4. Filing Defendants adopt Defendant Innovative Health Solutions, Inc.'s Reply In Support Of Its Motion For Summary Judgment (*see* ECF No. 134), including attachments, herein as if set forth fully herein, including in support of Filing Defendants' prior motion for summary judgment.  *See* ECF No. 131.

        Respectfully submitted,

        **MALLON LLC,**

        */s/ Marshall N. Perkins*
        Joseph T. Mallon, Jr. (Fed. Bar No. 22878)
        Marshall N. Perkins (Fed. Bar No. 25514)
        Suite 815
        300 East Lombard Street
        Baltimore, Maryland 21202
        (410) 727-7887
        Fax:  (410) 727-4770
        jmallon@mallonllc.com
        mperkins@mallonllc.com

        *Attorneys for Defendants Ryan Kuhlman and Acclivity Medical, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March, 2022, a copy of the foregoing Reply, Motion For Summary Judgment was served by electronic means through the Court's ECF system on counsel of record as follows:

>John W. Leardi, Esquire
>Paul D. Werner, Esquire
>Nicole P. Allocca, Esquire
>Buttaci Leardi & Werner LLC
>212 Carnegie Center, Suite 202
>Princeton, New Jersey  08540
>*Counsel for Plaintiffs*
>
>Ugo Colella, Esquire
>John J. Zefutie, Jr., Esquire
>Colella Zefutie LLC
>116 Village Blvd., Suite 200
>Princeton, NJ  08540
>*Counsel for Plaintiffs*
>
>Robert A. Gaumont, Esquire
>Gordon Feinblatt LLC
>1001 Fleet Street, Suite 700
>Baltimore, Maryland  21202
>*Counsel for Plaintiffs*
>
>Joel I. Sher, Esquire
>Paul Mark Sandler, Esquire
>Eric R. Harlan, Esquire
>Shapiro Sher Guinot & Sandler
>250 West Pratt Street, Suite 2000
>Baltimore, MD  21201
>*Attorneys for Defendant*
>*Innovative Health Solutions, Inc.*
>
>Jeffery R. Teeters, Esquire
>(admitted *pro hac vice*)
>Wood + Lamping
>600 Vine Street, Suite 2500
>Cincinnati, OH  45202
>*Attorneys for Defendant*
>*Innovative Health Solutions, Inc.*

I FURTHER CERTIFY that on the same date, a copy of the foregoing was served by electronic means to Innovative Healthcare Solutions, LLC (KY), Terri Anderson, DragonSlayer Strategies LLC, Joy Long, Innovative Health Care Solutions, LLC, and/or Robin Campbell as follows:

>Terri Anderson
>107 Woodhaven Lane
>Seabrook, TX 77586
>(502) 791-4088
>Terri.anderson0614@gmail.com
>*Pro Se Defendants Innovative Healthcare*
>*Solutions, LLC (KY) and Terri Anderson*
>
>Joy Long
>2329 East 500 North
>Greenfield, IN 46140
>(317) 496-8647
>Joylong0727@gmail.com
>*Pro Se Defendants DragonSlayer*
>*Strategies, LLC and Joy Long*
>
>Robin Campbell
>3011 Long Creek Way
>Louisville, KY  40245
>rrc123@bellsouth.net
>
>*Pro Se, for Innovative Health Care*
>*Solutions, LLC*

         */s/ Marshall N. Perkins*
         Marshall N. Perkins