IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| RITU BHAMBHANI, M.D. and SUDHIR RAO, M.D. *on behalf of themselves and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>- v. -<br><br>INNOVATIVE HEALTH SOLUTIONS, INC., et al.,<br><br>*Defendants*. | Civil Action No. 1:19-cv-00355- LKG |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR A LIMITED EXTENSION OF SCHEDULING ORDER DEADLINES AND INTERIM STATUS REPORT**

PLEASE TAKE NOTICE that Plaintiffs Ritu Bhambhani, M.D. and Sudhir Rao, M.D. (the "Plaintiffs"), on behalf of themselves and the putative class, hereby move before the Honorable Lydia Kay Griggsby, U.S.D.J., for the entry of an order pursuant to Fed. R. Civ. P. 16(b)(4), for good cause shown, for a limited extension of the limited extension of the class discovery deadline, submission of post-class discovery interim status report deadline, and Plaintiff's motion for class certification filing deadline as set forth in the Court's Initial and Revised Joint Scheduling Orders (ECF Nos. 43 111, 121, 123, 130).

PLEASE TAKE FURTHER NOTICE that Defendants Acclivity LLC and Ryan Kuhlman consent to this motion, Defendant Joy Long does oppose this motion, and Defendant Innovative Health Solutions, Inc. (now known as Neuraxis, Inc.) takes no position on this motion.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is also submitted herewith.

Dated: April 13, 2022

Respectfully submitted,

BUTTACI LEARDI & WERNER LLC

By: */s/ John W. Leardi*
John W. Leardi (admitted *pro hac vice*)
Nicole P. Allocca (admitted *pro hac vice*)
212 Carnegie Center, Suite 202
Princeton, NJ 08540
609-799-5150

Ugo Colella (Bar. No. 17443)
John J. Zefutie (admitted *pro hac vice*)
COLELLA ZEFUTIE LLC
4200 Wisconsin Avenue NW #106-305
Washington, DC 20016
202-920-0880

Robert A. Gaumont (Bar No. 26302)
GORDON FEINBLATT LLC
233 E. Redwood Street
Baltimore, MD 21202
(410) 576-4007

*Attorneys for Plaintiffs Ritu Bhambhani M.D., Sudhir Rao M.D., and the Putative Class*