# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RITU BHAMBHANI, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INNOVATIVE HEALTH SOLUTIONS, ) <br> INC., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 19-00355-LKG <br><br> Dated: April 22, 2022 |

## AMENDED SCHEDULING ORDER

On April 13, 2022, plaintiffs filed an unopposed motion to extend the discovery deadlines as set forth in the Court's Scheduling Order, dated February 17, 2022. ECF No. 141-1. In their motion, plaintiffs state that additional time is needed to schedule a deposition and to conduct additional electronic discovery in this matter. *See id.* at 3-4.

In light of the foregoing, and for good cause shown, the Court **GRANTS** plaintiffs' motion and **MODIFIES** the Scheduling Order, dated February 17, 2022, as follows:

| | |
|---|---|
| Discovery deadline; submission of joint status report | **May 30, 2022** |
| Plaintiffs' motion for class certification | **July 14, 2022** |

The remainder of the Court's Initial Scheduling Order, dated July 21, 2020, shall remain in effect.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
United States District Judge