IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| RITU BHAMBHANI, M.D. and SUDHIR RAO, M.D. *on behalf of themselves and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>- v. -<br><br>INNOVATIVE HEALTH SOLUTIONS, INC., et al.,<br><br>*Defendants*. | Civil Action No. 1:19-cv-00355-LKG |

## JOINT INTERIM STATUS REPORT

Plaintiffs Dr. Ritu Bhambhani, M.D. ("Dr. Bhambhani") and Dr. Sudhir Rao, M.D. ("Dr. Rao") (collectively, "Plaintiffs"), and Defendants Innovative Health Solutions, Inc. (now known as NeurAxis, Inc.) ("IHS"), Acclivity Medical, LLC ("Acclivity"), Ryan Kuhlman ("Mr. Kuhlman'), DragonSlayer Strategies, LLC ("DragonSlayer"), and Joy Long ("Ms. Long") (collectively, "Defendants") hereby submit this Joint Interim Status Report:

1. Class discovery is complete, with the exception of the deposition of Mr. Kuhlman, which is currently scheduled for June 15, 2022. The parties agreed to permit this deposition to proceed after the class discovery end date without requiring any adjustment to the current scheduling order (Dkt. 142).

2. Plaintiffs intend to file a motion for class certification on or before July 14, 2022, as per the current scheduling order (Dkt. 142).

3. In addition to the foregoing update on the status of class-related discovery, the following updates address the items set forth in Section III of the Court's August 10, 2020 Scheduling Order (ECF No. 43) (the "Original Scheduling Order"):

a. IHS moved for Summary Judgment on February 11, 2022. The Acclivity Defendants moved for Summary Judgment on February 17, 2022. In response to both motions, Plaintiffs filed a single brief in opposition, and in support of a cross motion for leave to file an amended complaint. Those motions are all now fully-briefed and remain pending with the Court.

b. With respect to any additional dispositive motions: Plaintiffs are unable to determine whether they intend to file a dispositive motion until such time as their forthcoming motion for class certification is adjudicated by the Court, as that ruling is highly likely to significantly impact the claims and defenses asserted by the parties

c. With respect to whether the case is to be tried jury or non-jury and the anticipated length of trial, the Plaintiffs have demanded a jury trial. The matter is presently in the class discovery/class certification stage, and the parties will report as to the anticipated length of trial following the close of merits discovery, which shall commence upon the adjudication of Plaintiffs' class certification motion as contemplated by the Original Scheduling Order.

d. With respect to prior settlement discussions, Plaintiffs and Defendant IHS participated in mediation before the Honorable Beth P. Gesner on January 21, 2021. The mediation was conducted virtually, and was attended by Plaintiffs Bhambhani and Rao, and their counsel John W. Leardi, Elizabeth Rice, John J. Zefutie, Jr., and by Brian Carrico, CEO of Defendant IHS, and its counsel, Jeffrey R. Teeters and Eric R. Harlan.

e. With respect to future settlement discussions, the parties agree that a

       subsequent mediation would be most efficient if it were to remain with the Honorable Beth P. Gessner, assuming her schedule permits. Defendant IHS believes that such a mediation should be after resolution of its motion for summary judgment, while Plaintiffs believe that it could be worthwhile to schedule an additional mediation session after the Court's decision on class certification, regardless of the outcome.

f.    The parties do not consent to have a U.S. Magistrate Judge conduct all further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or non-jury) and entry of final judgment.

*[Signature Page Follows]*

Dated: June 1, 2022 							Respectfully submitted:

 s/ *John W. Leardi*  							 s/ *Richard M. Goldberg*
John W. Leardi (admitted *pro hac vice*) 				Joel I. Sher, Bar No. 00719
Nicole P. Allocca (admitted *pro hac vice*) 				Paul Mark Sandler, Bar No. 00145
BUTTACI LEARDI & WERNER LLC 					Richard M. Goldberg, Bar No. 07994
212 Carnegie Center, Suite 202 					SHAPIRO SHER GUINOT & SANDLER
Princeton, NJ 08540 							250 West Pratt Street, Suite 2000
609-799-5150 								Baltimore, MD 21201
									(410) 385-4277

Ugo Colella (Bar. No. 17443)
John J. Zefutie (admitted *pro hac vice*) 				Jeffrey R. Teeters (admitted *pro hac vice*)
COLELLA ZEFUTIE LLC 						WOOD + LAMPING
4200 Wisconsin Avenue NW #106-305 				600 Vine Street, Suite 2500
Washington, DC 20016 						Cincinnati, OH 45202
202-920-0880 								(513) 852-6050

Robert A. Gaumont (Bar No. 26302) 					*Attorneys for Defendant*
GORDON FEINBLATT LLC 						*Innovative Health Solutions, Inc.*
233 E. Redwood Street
Baltimore, MD 21202
(410) 576-4007

*Attorneys for Plaintiffs*


 s/ *Marshall N. Perkins* 						 s/ *Joy Long*
Marshall N. Perkins, Bar No. 25514 					Joy Long
MALLON, LLC 								2329 East 500 North
Attorneys at Law 							Greenfield, IN 46140
300 E. Lombard Street, Suite 815
Baltimore, MD 21202 							*Pro Se Defendants*
(410) 727-7887 							*DragonSlayer Strategies, LLC*
									*and Joy Long*

*Attorneys for Defendants*
*Ryan Kuhlman & Acclivity Medical LLC*

4