IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| RITU BHAMBHANI, M.D. and SUDHIR RAO, M.D., *on behalf of themselves and all others similarly situated*,<br><br>*Plaintiffs*,<br><br>- v. -<br><br>INNOVATIVE HEALTH SOLUTIONS, INC., et al.,<br><br>*Defendants*. | Civil Action No. 1:19-cv-00355-LKG<br><br>*[Filed via ECF]* |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Ritu Bhambhani, M.D. and Sudhir Rao, M.D., hereby appeal to the United States District Court of Appeals for the Fourth Circuit from the Final Adjudication in favor of the Defendants entered on June 14, 2022.

Dated: July 14, 2022

Respectfully submitted,

Robert A. Gaumont (Bar No. 26302)
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202
(410) 576-4007

John W. Leardi (admitted *pro hac vice*)
Paul D. Werner (admitted *pro hac vice*)
Nicole P. Allocca (admitted *pro hac vice*)
BUTTACI LEARDI & WERNER LLC
212 Carnegie Center, Suite 202
Princeton, NJ 08540
609-799-5150

Ugo Colella, Bar. No. 17443
John J. Zefutie (admitted *pro hac vice*)

          COLELLA ZEFUTIE LLC
          4200 Wisconsin Avenue NW #106-305
          Washington, DC 20016
          202-920-0880

          *Attorneys for Plaintiffs Ritu Bhambhani, M.D. and Sudhir Rao, M.D.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this the 14th day of July 2022, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of this filing to all CM/ECF participants.

I further certify that a true and correct copy of this document sent via electronic mail to the parties below:

    Richard M. Goldberg, Bar No. 07994
    SHAPIRO SHER GUINOT & SANDLER
    250 West Pratt Street, Suite 2000
    Baltimore, MD 21201
    (410) 385-4277
    rmg@shapirosher.com

    Jeffrey R. Teeters (admitted *pro hac vice*)
    WOOD + LAMPING
    600 Vine Street, Suite 2500
    Cincinnati, OH 45202
    (513) 852-6050
    JRTeeters@woodlamping.com

    *Attorneys for Defendant*
    *Neuraxis, Inc. f/k/a Innovative Health Solutions, Inc.*

    Marshall N. Perkins, Bar No. 25514
    MALLON, LLC
    Attorneys at Law
    300 E. Lombard Street, Suite 815
    Baltimore, MD 21202
    (410) 727-7887
    mperkins@mallonllc.com

    *Attorneys for Defendants*
    *Ryan Kuhlman & Acclivity Medical LLC*

Joy Long
2329 East 500 North
Greenfield, IN 46140
joylong0727@gmail.com

*Pro Se Defendants*
*DragonSlayer Strategies, LLC and Joy Long*

_____
Robert A. Gaumont

3