FILED: June 3, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1764
(1:19-cv-00355-LKG)

_____

RITU BHAMBHANI, M.D.; SUDHIR RAO, M.D., on behalf of themselves and others similarly situated

         Plaintiffs - Appellants

v.

NEURAXIS, INC., f/k/a Innovative Health Solutions, Inc.; ACCLIVITY MEDICAL, LLC; DRAGONSLAYER STRATEGIES, LLC; JOY LONG; RYAN KUHLMAN

         Defendants - Appellees

and

TERRI ANDERSON; COLEMAN CERTIFIED MEDICAL BILLING & CONSULTANT, LLC; INNOVATIVE HEALTHCARE SOLUTIONS, LLC

         Defendants

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK