FILED: June 25, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1764
(1:19-cv-00355-LKG)

_____

RITU BHAMBHANI, M.D.; SUDHIR RAO, M.D., on behalf of themselves and
others similarly situated

        Plaintiffs - Appellants

v.

NEURAXIS, INC., f/k/a Innovative Health Solutions, Inc.; ACCLIVITY
MEDICAL, LLC; DRAGONSLAYER STRATEGIES, LLC; JOY LONG; RYAN
KUHLMAN

        Defendants - Appellees

 and

TERRI ANDERSON; COLEMAN CERTIFIED MEDICAL BILLING &
CONSULTANT, LLC; INNOVATIVE HEALTHCARE SOLUTIONS, LLC

        Defendants

_____

M A N D A T E

_____

The judgment of this court, entered June 3, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*